# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00489-CV

**Ciro Rivera, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE DISTRICT COURT OF CALDWELL COUNTY, 22ND JUDICIAL DISTRICT
## NO. 06-FL-118, HONORABLE KARIN E. BONICORO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Ciro Rivera has informed the Court that he no longer wishes to pursue the instant appeal because his motion for new trial was granted, and he has filed a motion to dismiss. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed on Appellant's Motion

Filed:   September 18, 2007